IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

WILLIAM EARL HARDY,

    Petitioner,

v.                                        5:13cv96-WS

WARDEN N.C. ENGLISH,

    Respondent.

_____

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed April 5, 2013.  See Doc. 3.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed for lack of jurisdiction.  The petitioner has filed objections (doc. 4) to the report and recommendation.

Having carefully considered the report and recommendation in light of the petitioner's objections, this court has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The magistrate judge's report and recommendation is ADOPTED and incorporated by reference into this order of the court.

2.  The petitioner's petition for writ of habeas corpus is DISMISSED WITH PREJUDICE for lack of jurisdiction.

4.  The clerk shall enter judgment stating: "All claims are dismissed with prejudice."

DONE AND ORDERED this   15th   day of     April    , 2013.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITE D STATES DISTRICT JUDGE